812

No. 164. WITMER *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted. *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 250. SICURELLA *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted. *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 251. SIMMONS *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted. *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 80. FEDERAL TRADE COMMISSION *v.* RHODES PHARMACAL CO., INC. ET AL. C. A. 7th Cir. Certiorari granted. *Solicitor General Sobeloff* and *Earl W. Kintner* for petitioner. *Frank E. Gettleman, Arthur Gettleman* and *Edward Brodkey* for respondents.

No. 105. O'NEILL *v.* BALTIMORE & OHIO RAILROAD CO. C. A. 6th Cir. Certiorari granted. *C. Richard Grieser* for petitioner. *E. H. Burgess, Arvin J. Alexander, Robert F. Ebinger* and *Kenneth H. Ekin* for respondent.

No. 114. GENERAL AMERICAN INVESTORS CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari granted. *Norris Darrell* and *John F. Dooling, Jr.* for petitioner. *Solicitor General Sobeloff* for respondent.